| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 18 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

JEREMY TRAVIS PAYNE, AKA Jeramey Travis Payne,

    Defendant-Appellant.

No. 22-50262

D.C. No. 5:22-cr-00054-PA-1
Central District of California, Riverside

ORDER

Before: TALLMAN and CALLAHAN, Circuit Judges, and LASNIK,[*] District Judge.

Appellant's unopposed motion for a 75-day extension of time within which to file a petition for panel rehearing and/or petition for rehearing en banc is GRANTED IN PART. Appellant is granted a 61-day extension of time. Any petition shall be filed on or before July 1, 2024.

---

    [*] The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.