| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 24 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50262 |
| Plaintiff-Appellee, | D.C. No. 5:22-cr-00054-PA-1 |
| v. | Central District of California, Riverside |
| JEREMY TRAVIS PAYNE, AKA Jeramey Travis Payne, | ORDER |
| Defendant-Appellant. | |

Before: TALLMAN and CALLAHAN, Circuit Judges, and LASNIK,[*] District Judge.

Defendant-Appellant has filed petitions for panel rehearing and rehearing en banc. ECF No. 44. The panel has unanimously voted to deny the petition for panel rehearing. Judge Callahan has voted to deny the petition for rehearing en banc, and Judges Tallman and Lasnik so recommend. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Defendant-Appellant's petitions for panel rehearing and rehearing en banc, ECF No. 44, are **DENIED**.

---

[*] The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.